# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9467661 | Zweck | 323 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☒ State Code |
|---|---|---|
| 12/10/2025  0830 | MTA 21-801.1 | |

Place of Offense: Porter Street Fort Detrick

Offense Description: Factual Basis for Charge    HAZMAT ☐

MTA 21-801.1 Exceed max speed of 38mph in a 25mph zone

**DEFENDANT INFORMATION**

Last Name: KHETAN    SUNIL    KUMAR

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 7DD6608 | MD | 17 | NISS TK | White |

**APPEARANCE IS REQUIRED** — A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 1520 Freedman Drive Fort Detrick MD 21702
Date: TBD    Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*9467661*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 10 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20251210 at 0830 hrs, while doing Traffic enforcement with LIDAR, I observed a white Nissan Bearing MD REG, 7DD6608 traveling E/B on Porter at a high rate of speed. My visual observation was confirmed by LIDAR's Digital Audio display of 38mph in a clearly posted 25mph zone. I activated my emergency equipment and tried to conduct a traffic stop. The operator, even with me right behind him, continued on Porter not slowing down. He then turned onto Nelson Street a parking area still at a high rate, and did not stop until he was at his parking spot. Once there, I approached the vehicle and identified myself to the operator. The operator was identified Khetan by their driver's license. Khetan was extremely argumentative from first approach until last. After checking, I could see Khetan had already received a CVB (ticket number 9468239) for speed back on September 26, 2024. Khetan was also issued one DD1408 (Warning) for not stopping for police.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/23/2025    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident